UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff(s), <br><br> -against- <br><br> GILBERT TORRES, et al., <br><br> Defendant(s). | 25-CV-2740 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties who have appeared in this action have timely filed a proposed consent to jurisdiction by US Magistrate Judge. ECF No. 37. However, the form is not signed by all parties in this action. In particular, the form was not signed by MCLP Asset Company, Inc. or Petro, Inc., who have not appeared at all in this action. As such, Magistrate Judge Reznik would not be permitted to adjudicate this action as to these defendants. *See, e.g.*, *Sampson v. Sarah Lawrence College*, No. 18-CV-7518, 2023 WL 2992488, at *1 (S.D.N.Y. March 10, 2023).

Plaintiff shall file a letter by September 2, 2025, indicating whether it intends to continue this action against the non-appearing defendants. If so, Plaintiff shall indicate whether it consents to severing the action against MCLP Asset Company, Inc. and Petro, Inc., so that the undersigned can maintain the non-consented to portion of this action.

If Plaintiff seeks to maintain MCLP Asset Company, Inc. and Petro, Inc. as defendants and does not wish to have the case severed, the Court will deny the parties' proposed consent and will refer the matter to Judge Reznik for general pretrial management and for a report and

recommendation on any dispositive motions. *See Ideavillage Products Corp. v. Antiker*, No. 20-CV-4681, 2021 WL 1987382, at *2 (S.D.N.Y. May 17, 2021).

Dated: August 26, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge