

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

| | | |
|---|---|---|
| **Sara Z. Boriskin, Esquire**<br>Managing Partner, New York Office | 900 Merchants Concourse<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516.280.7675<br>Fax: 515.280.7674<br>www.raslegalgroup.com | **James Robertson, Esquire**<br>(1943 – 2019)<br>**Everett Anschutz, Esquire (Ret.)**<br>Member of Texas Bar<br>**David J. Schneid, Esquire**<br>Member of Florida Bar<br>**John T. Crane, Esquire**<br>Member of Texas Bar |

December 19, 2025

**MEMO ENDORSED**

Judge Jessica G. L. Clarke
US District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE:    7:25-cv-02740-JGLC
           HSBC Bank USA, N.A., As Trustee For Merrill Lynch Mortgage Investors Trust Series
           MLCC 2007-2 Mortgage Pass-Through Certificates, v. Gilbert Torres, *et al.*
           **Status Letter**

Your Honor

      This office represents the Plaintiff in the above referenced matter. On December 4, 2025, the parties appeared at a conference at which your Honor order directed the parties to meet and confer about additional information from plaintiff regarding Defendants' Motion to Dismiss. In compliance with the order, on December 4, 2025 our office provided counsel with the case law in support of Plaintiff's diversity claim and requested confirmation as to whether they would withdraw their motion. We followed up on December 18 and 19, 2025 but did not receive a response until late in the day on December 19, 2025, which did not afford our office sufficient time to draft a supplemental response. As such, Plaintiff respectfully request permission to supplement the opposition to Defendants' Motion to Dismiss and an extension of time to do so.

      Should the Court require any additional, please feel free to contact me at the below.

The Court **GRANTS** plaintiff's request for leave to supplement its opposition to defendants' motion to dismiss, which plaintiff is directed to file by no later than **January 2, 2026**. The Clerk of Court is respectfully directed to close the gavel on ECF No. 59.

Respectfully submitted,
/s/ Phionah N. Brown
BY: Phionah N. Brown. Esq.
*Attorneys for Plaintiff*
pbrown@raslg.com

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 12/22/2025