UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HSBC Bank USA, N.A.,

                                        Plaintiff,

                -against-

Torres, et al.,

                                        Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 2/10/2026 __

**SCHEDULING ORDER**
**FOR STATUS CONFERENCE**

25-cv-02740-JGLC-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **March 4, 2026 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              February 10, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge