**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2026

HSBC Bank USA, N.A., as Trustee for Merrill Lynch
Mortgage Investors Trust Series MLCC 2007-2
Mortgage Pass-Through Certificates,

                     Plaintiff,

          -against-

Torres, et al.,

                     Defendants.

------------------------------------------------------------------X

7:25-cv-02740-JGLC-VR

**ORDER**

VICTORIA REZNIK, United States Magistrate Judge

Before the Court is Plaintiff's letter requesting to move for default judgment against Defendants for failure to answer the Complaint. (ECF No. 67). The Court directed Defendants to respond to Plaintiff's letter by April 22, 2026, but Defendants have failed to do so. (ECF No. 68). In light of Defendants' failure to respond, the Court **GRANTS** Plaintiff leave to file a motion for default judgment, in accordance with Local Civil Rule 55 and the Individual Rules and Practices in Civil Cases of the Hon. Jessica G. L. Clarke. The motion shall be filed according to the following briefing schedule: Plaintiff's motion by May 25, 2026; Defendants' opposition by June 25, 2026; and Plaintiff's reply by July 10, 2026.

1

**SO ORDERED.**

DATED:    White Plains, New York
          April 24, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge