USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 6/26/2026 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HSBC Bank USA, N.A., as Trustee for Merrill Lynch
Mortgage Investors Trust Series MLCC 2007-2
Mortgage Pass-Through Certificates,

                                        Plaintiff,                                    25-cv-02740-JGLC-VR

                -against-                                                                **ORDER**

Torres, et al.,

                                        Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On April 24, 2026, the Court set a briefing schedule for Plaintiff's motion for default judgment. (ECF No. 69). Plaintiff timely filed its motion on May 22, 2026, (ECF No. 70), and Defendants' opposition was due June 25, 2026. The Court has not yet received any opposition. Defendants are reminded to submit an opposition, if any, which is now due **July 2, 2026**. If they do not do so by that date, the Court will consider the motion fully briefed.

        **SO ORDERED.**

DATED:        White Plains, New York
                June 26, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge